Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LEWIS<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, ET AL.<br><br>    Defendants. | Case No. 2:16-cv-01053-JAM-AC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER**<br><br>Honorable John A. Mendez |

Plaintiff KEITH LEWIS and Defendant CITY OF FAIRFIELD, by and through their counsel of record, hereby represent to the Court as follows:

On June 25, 2016, Plaintiff filed his Amended Complaint in the above captioned action.

The CITY OF FAIRFIELD was served on July 13, 2016.  The parties filed a stipulation granting a 28-day extension on August 4, 2016. The current deadline for the CITY OF FAIRFIELD to respond to the complaint is August 31, 2016.

The parties are in the processing of meeting and conferring prior to Defendant CITY OF FAIRFIELD filing a motion to dismiss and an additional 21-day extension of time to respond to the complaint will facilitate a productive meet and confer process.

The parties hereby stipulate and agree that the time within which the Defendant CITY OF FAIRFIELD may file and serve a response to the Amended Complaint shall be extended by twenty one

1

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
*Lewis v. City of Fairfield, et al*. CASE NO. 2:16-CV-01053-JAM-AC

(21) days, from the current response date, August 31, 2016 to September 21, 2016, pursuant to Eastern District of California Local Rule 144 (a).

One previous extensions have been sought in this action.

It is so stipulated and agreed.

Dated:  August 30, 2016                              BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Gregory M. Fox*
 Gregory M. Fox
 Attorneys for Defendant
 CITY OF FAIRFIELD

Dated:  August 30, 2016                              LAW OFFICE OF DENNIS CUNNINGHAM

By: */s/ Dennis Cunningham (as authorized on 8/26/16)*
 Dennis Cunningham
 Attorneys for Plaintiff
 KEITH LEWIS

**ELECTRONIC CASE FILING ATTESTATION**

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: August 30, 2016                              /s/ *Gregory M. Fox*
 Gregory M. Fox

SO ORDERED

Dated: 8/30/2016                              /s/ John A. Mendez
 Honorable John A. Mendez

2

STIPULATED REQUEST TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
*Lewis v. City of Fairfield, et al*. CASE NO. 2:16-CV-01053-JAM-AC