Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LEWIS,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, ET AL.<br><br>        Defendants. | Case No. 2:16-cv-01053-JAM-AC<br><br>**STIPULATED REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT AND ORDER**<br><br>Honorable John A. Mendez |

Plaintiff KEITH LEWIS and Defendant CITY OF FAIRFIELD, by and through their counsel of record, hereby represent to the Court as follows:

On June 25, 2016, Plaintiff filed his Amended Complaint in the above captioned action. The CITY OF FAIRFIELD was served on July 13, 2016. Therefore, pursuant to the standing Order Requiring Joint Status Report, the parties' report is due September 9, 2016.

Counsel for Defendants, Gregory Fox, has a trial in the case of *Borsa v. City of Fremont*, Alameda County Court Case No. HG14712658, before Judge Julia Spain scheduled to begin on September 2, 2016.

Pursuant to the Court's August 30 Order, the CITY OF FAIRFIELD has until September 21, 2016 to respond to the Amended Complaint. The parties have been meeting and conferring prior to the CITY OF FAIRFIELD filing a motion to dismiss.

1

STIPULATED REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT AND [PROPOSED] ORDER
*Lewis v. City of Fairfield, et al.* CASE NO. 2:16-CV-01053-JAM-AC

The schedules of counsel and the early stage of the case have limited the ability of the parties to meet and confer regarding preparation of the joint status report.  An extension of time to prepare and submit the joint status report will allow the parties adequate time to prepare a full and complete joint status report, including a discovery schedule and plan.

Because the pleadings in this case are not yet settled, the parties therefore stipulate and request that the deadline to submit a joint status report be set for 30 days after the hearing held on the CITY OF FAIRFIELD's to-be-filed Motion to Dismiss.

It is so stipulated and agreed.

Dated:  September 6, 2016                                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                                                        By:  */s/ Parry A. Black*
                                                                                Gregory M. Fox
                                                                                Parry A. Black
                                                                                Attorneys for Defendant
                                                                                CITY OF FAIRFIELD


Dated:  September 6, 2016                                LAW OFFICE OF DENNIS CUNNINGHAM

                                                                        By:  */s/ Jeff Wozniak (as authorized on 9/6/16  )*
                                                                                Dennis Cunningham
                                                                                Jeff Wozniak
                                                                                Attorneys for Plaintiff
                                                                                KEITH LEWIS

**ELECTRONIC CASE FILING ATTESTATION**

I, Parry A. Black, am the ECF user whose identification and password are being used to file the foregoing documents.  Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: September 6, 2016                                 /s/ *Parry A. Black*
                                                                                Parry A. Black

1  SO ORDERED

2  Dated: 9/6/2016                    /s/ John A. Mendez
                                      Honorable John A. Mendez
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATED REQUEST TO EXTEND TIME TO FILE JOINT STATUS REPORT AND [PROPOSED] ORDER
*Lewis v. City of Fairfield, et al.* CASE NO. 2:16-CV-01053-JAM-AC