Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KEITH LEWIS,

    Plaintiff,

v.

CITY OF FAIRFIELD, ET AL.

    Defendants.

Case No. 2:16-cv-01053-JAM-AC

**STIPULATED REQUEST TO EXTEND TIME FOR FACT AND EXPERT DISCOVERY AND ORDER**

Honorable John A. Mendez

Plaintiff KEITH LEWIS and Defendants CITY OF FAIRFIELD, AHMED KHALFAN, and COUNTY OF SOLANO, by and through their counsel of record, hereby represent to the Court as follows:

On June 25, 2016, Plaintiff filed his Amended Complaint in the above captioned action.

On March 30, 2017 this Court issued a Pretrial Scheduling Order (Docket 21) setting, among other deadlines, a cutoff for all discovery of February 16, 2018. The City filed an Objection to this Pretrial Scheduling Order (Docket 22) on April 4, 2017.

The parties have conducted some discovery, including the exchange of written discovery, but have been limited in their ability to complete further fact discovery, given schedules of counsel and witnesses. Further, Plaintiff has indicated that he wishes to add an additional City defendant via a Doe Amendment.

A two month extension of time for fact and expert discovery will allow the parties to conduct full and complete discovery in this case. Therefore, the parties request that the cutoff for all discovery now set for February 16, 2018 be continued by two months to April 17, 2018.

It is so stipulated and agreed.

Dated: February 2, 2018	BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: */s/ Gregory M. Fox*
    Gregory M. Fox
    Attorneys for Defendant
    CITY OF FAIRFIELD and AHMED KHALFAN

Dated: February 2, 2018	LAW OFFICES OF JEFF WOZNIAK

By: */s/ Jeff Fall Wozniak*_____
    Jeff F. Wozniak
    Attorneys for Plaintiff
    KEITH LEWIS

|   |   |   |
|---|---|---|
| Dated: February 2, 2018 | | WILLIAMS & ASSOCIATES |
| | By: | */s/ Martha M. Stringer* |
| | | Martha M. Stringer |
| | | Attorneys for Defendant |
| | | COUNTY OF SOLANO |

SO ORDERED

Dated: 2/2/2018
/s/ John A. Mendez_____

Honorable John A. Mendez

## ELECTRONIC CASE FILING ATTESTATION

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: February 2, 2018  　　　　　　　　　　　　　　*/s/ Gregory M. Fox*
　　　　　　　　　　　　　　　　　　　　　　　　　　Gregory M. Fox