Gregory M. Fox, State Bar No. 070876
Parry A. Black, State Bar No. 291472
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email: gfox@bfesf.com

Attorneys for Defendant
CITY OF FAIRFIELD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LEWIS<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FAIRFIELD, ET AL.<br><br>    Defendants. | Case No. 2:16-cv-01053-JAM-AC<br><br>***AMENDED* STIPULATED REQUEST TO CONTINUE TRIAL DATE AND ASSOCIATED DEADLINES AND ORDER**<br><br>**Hon. John A. Mendez** |

Plaintiff KEITH LEWIS and Defendants CITY OF FAIRFIELD, AHMED KHALFAN, and COUNTY OF SOLANO, by and through their counsel of record, hereby represent to the Court as follows:

On March 30, 2017 this Court issued a Pretrial Scheduling Order (Docket 21) setting, among other deadlines, a trial date of July 23, 2018 and a dispositive motion deadline of March 27, 2018. The City filed an Objection to this Pretrial Scheduling Order (Docket 22) on April 4, 2017 noting its unavailability for trial on the date selected.

The parties have met and conferred regarding the trial date in this matter, and all are available for trial in early November, 2018. The parties request a trial date of November 5, 2018. The parties similarly request that the dispositive motion deadline be continued to correspond to the new trial date, and request a dispositive motion deadline of August 7, 2018.

**Amended to add:**

The parties request the following schedule with respect to trial setting and pre-trial deadlines:

| | |
|---|---|
| Dispositive motion filing | July 10, 2018 |
| Dispositive motion hearing | August 7, 2018 at 1:30 p.m. |
| Joint pretrial statement due | September 21, 2018 |
| Pretrial conference | September 28, 2018 at 11:00 a.m. |
| Jury trial | November 5, 2018 at 9:00 a.m. |

It is so stipulated and agreed.

Dated: March 22, 2018　　　　　　　　　　BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

　　　　　　　　　　　　　　　　　　By: */s/ Gregory M. Fox*
　　　　　　　　　　　　　　　　　　　　Gregory M. Fox

　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　CITY OF FAIRFIELD and AHMED KHALFAN

1

| | |
|---|---|
| Dated: March 22, 2018 | LAW OFFICE OF DENNIS CUNNINGHAM |
| | By: */s/ Dennis Cunningham* <br> Dennis Cunningham <br> Attorneys for Plaintiff <br> KEITH LEWIS |
| Dated: March 22, 2018 | WILLIAMS & ASSOCIATES |
| | By: */s/ Martha M. Stringer* <br> Martha M. Stringer <br> Attorneys for Defendant <br> COUNTY OF SOLANO |

### ELECTRONIC CASE FILING ATTESTATION

I, Gregory M. Fox, am the ECF user whose identification and password are being used to file the foregoing documents. Pursuant to Civil Local Rule 131(e), I hereby attest that concurrence in the filing of these documents has been obtained from each of its Signatories.

Dated: March 22, 2018        /s/ *Gregory M. Fox*
                             Gregory M. Fox

### ORDER

Pursuant to the stipulation above, IT IS SO ORDERED.

Dated:   3/22/2018        /s/ John A. Mendez
                          Honorable John A. Mendez

2
*AMENDED* STIPULATED REQUEST TO CONTINUE TRIAL DATE AND [PROPOSED] ORDER
*Lewis v. City of Fairfield, et al*. CASE NO. 2:16-CV-01053-JAM-AC