1  WILLIAMS & ASSOCIATES
   PO Box 22013
2  Sacramento, CA  95822
   (916) 456-1122
3
   Kathleen J. Williams, CSB #127021
4  Martha M. Stringer, CSB #156333

5  Attorneys for defendant
   SOLANO COUNTY
6

7                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
8

9  KEITH LEWIS,                      )   CASE NO: 2:16-cv-01053-JAM -AC
                                     )
10           Plaintiff,               )
   vs.                               )
11                                    )   **ORDER GRANTING MOTION FOR**
   Fairfield Police Officers AHMED   )   **SUMMARY JUDGMENT**
12  KHALFAN and JOHN DOE #2 and The  )
   CITY OF FAIRFIELD, CALIFORNIA;    )
13  and Solano County Sheriffs Deputies )  Date: August 7, 2018
   JOHN DOEs ##3-X and SOLANO        )   Time: 1:30 p.m.
14  COUNTY, CALIFORNIA,               )   Ctrm: 6
                                     )
15           Defendants.              )   Honorable John A. Mendez, Presiding
   _____)
16

17       The motion of defendant SOLANO COUNTY for summary judgment came on

18  regularly for hearing before this court on August 7, 2018 and Martha M. Stringer

19  appeared as attorney for SOLANO COUNTY, Dennis Cunningham and Jeff Wozniak

20  appeared as attorneys for plaintiff Keith Lewis, and Gregory Fox appeared as attorney

21  for defendants City of Fairfield and Ahmed Khalfan.

22       After considering the moving and opposition papers, arguments of counsel and

23  all other matters presented to the Court,

24       IT IS HEREBY ORDERED THAT the motion is GRANTED as to defendant

25  SOLANO COUNTY.

26  Dated:  10·18·2018                    _____
                                          United States District Judge
27

28  *Lewis v. Fairfield, et al.* [2:16-cv-01053 JAM AC] Order Granting Motion for Summary Judgment    Page 1