**WILLIAMS & ASSOCIATES**
PO Box 22013
Sacramento, CA  95822
(916) 456-1122

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendant
SOLANO COUNTY

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH LEWIS, ) | CASE NO: 2:16-cv-01053-JAM -AC |
| ) | |
| Plaintiff, ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| Fairfield Police Officers AHMED KHALFAN and ) | |
| JOHN DOE #2 and The CITY OF FAIRFIELD, ) | Date: August 7, 2018 |
| CALIFORNIA; and Solano County Sheriffs Deputies ) | Time: 1:30 p.m. |
| JOHN DOEs ##3-X and SOLANO COUNTY, ) | Ctrm: 6 |
| CALIFORNIA, ) | |
| ) | Honorable John A. Mendez, Presiding |
| Defendants. ) | |
| _____ ) | |

This action came on for hearing before the Court on August 7, 2018, Honorable John A. Mendez, District Judge Presiding, on Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the plaintiff take nothing, that the action be dismissed on the merits as to defendant SOLANO COUNTY and that defendant SOLANO COUNTY recover its costs.

Dated:  10/24/2018/s/ John A. Mendez
United States District Court Judge